UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

MAHOGANY HINTON,
individually and on behalf of
all others similarly situated,

    Plaintiff,

  v.

                                            CASE NO. 19-cv-585

ART'S PERFORMING CENTER, LLC
d/b/a DESIRE BY: THE ART'S PERFORMING CENTER,

and

LYLE MESSINGER,

    Defendants.

## DISCLOSURE STATEMENT

The undersigned, counsel of record for Mahogany Hinton, Plaintiff, furnish the following list in compliance with Civil L. R. 7.1 and Fed. R. Civ. P. 7.1:

States the full name of every party or amicus the attorney represents in the action.

  Mahogany Hinton and all other similarly situated employees of Defendant.

Identifies any parent corporation and any publicly held corporation owning 10% or more of its stock.

Plaintiff is not a corporation.

State the names of all law firms whose attorneys will appear, or are expected to appear, for the party in this Court.

    Hawks Quindel, S.C.
    Larry A. Johnson
    Summer H. Murshid
    Timothy P. Maynard
    222 E. Erie Street, Suite 210
    Milwaukee, WI 53202.

Dated this 23rd day of April, 2019.

        Respectfully submitted,

        ***s/ Larry A. Johnson***
        Larry A. Johnson
        Bar Number 1056619
        Summer H. Murshid
        Bar Number 1075404
        Timothy P. Maynard
        Bar Number 1080953
        Attorneys for Plaintiffs

        **Hawks Quindel, S.C.**
        222 East Erie, Suite 210
        P.O. Box 442
        Milwaukee, WI 53201-0442
        Telephone: 414-271-8650
        Fax: 414-271-8442
        E-mail: ljohnson@hq-law.com
                  smurshid@hq-law.com
                  tmaynard@hq-law.com