**Subject:** RE: Art's - Discovery status and 30(b)(6) date
**Date:** Friday, September 27, 2019 at 2:25:10 PM Central Daylight Time
**From:** Larry Johnson
**To:** Nathaniel Cade
**Attachments:** image002.png, image003.png, 2019.09.27 30(b)(6) Notice.pdf

Nate,

Attached is the notice for the deposition on 10/10. I still do not have any documents, or any written responses to our requests. I will also send you a stipulation to amend the schedule regarding our conditional certification deadline as we previously agreed.

Thank you,

*Larry A. Johnson*
*Shareholder*



**PLEASE NOTE:** If you receive this email in error, use or disclosure is prohibited. Please notify me of the error by email and delete this email. Thank you.

---

**From:** Nathaniel Cade <nate@cade-law.com>
**Sent:** Wednesday, September 11, 2019 3:08 PM
**To:** Larry Johnson <ljohnson@hq-law.com>
**Subject:** Re: Art's - Discovery status and 30(b)(6) date

Larry – After speaking with Lyle, I can confirm Oct. 10 for his deposition.

I still hope to have documents to you tomorrow. I had left several messages for a woman at Lyle's accounting firm, only to find out today that she is out on maternity leave (and she is not his accountant, just an admin that Lyle spke with). I did speak to the CPA at the firm, and she is going to pull records to see if they have anything that would identify dancers at the club, including if there were any workers comp payments. She also is contacting Lyle's old accounting firm (3 years prior) to see what they may or may not have.

I am continuing to hunt things down. Unfortunately, Monday was a time suck, as I was rear-ended at 67th & Silver Spring (3 blocks from District 4) by a driver with no insurance. But, I will continue to work to get you documents.

Nate Cade
(414) 255-3811 (direct)
nate@cade-law.com

---

**From:** Larry Johnson <ljohnson@hq-law.com>
**Date:** Tuesday, September 10, 2019 at 11:05 AM
**To:** Nate Cade <nate@cade-law.com>

**Cc:** Summer Murshid <smurshid@hq-law.com>, Timothy Maynard <tmaynard@hq-law.com>
**Subject:** Art's - Discovery status and 30(b)(6) date

Nate,

During our call on 9/4, you indicated that you do not have any documents yet from your client. However, you were hopeful that by Thursday of this week, you would have responsive documents. Additionally, we discussed 30(b)(6) dates and we agreed to hold October 9/10 pending confirmation from your client which you anticipated having by the end of last week. Please let me know if your client is available for the deposition on October 9 or October 10.

Thank you,

**Larry A. Johnson**
*Shareholder*



222 E. Erie Street • Suite 210 • P.O. Box 442 • Milwaukee, WI 53201
Phone: (414) 271-8650 • Fax: (414) 271-8442 • www.hq-law.com

**PLEASE NOTE:** If you receive this email in error, use or disclosure is prohibited. Please notify me of the error by email and delete this email. Thank you.

---

This email has been scanned for spam and viruses by Proofpoint Essentials. Click here to report this email as spam.